UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Summit Industrial Solutions LLC , <br> Plaintiff(s), <br> v. <br> Schenzhen Smoore Technology Co LTD et al , <br> Defendant(s). | Case No. 5:25-cv-03431-NC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Bailey Twyman-Metzger, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Dennis Stewart, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 99152.

| | |
|---|---|
| 120 S. 6th St., Suite 2600 <br> Minneapolis, MN 55402 <br> MY ADDRESS OF RECORD | 600 W. Broadway, Suite 3300 <br> San Diego, CA 92101 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (612) 888-3344 <br> MY TELEPHONE # OF RECORD | (619) 595-3299 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| btwymanmetzger@gustafsongluek.com <br> MY EMAIL ADDRESS OF RECORD | dstewart@gustafsongluek.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 400179.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __4/23/25__                                     /s/Bailey Twyman-Metzger
                                                                        APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Bailey Twyman-Metzger__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE