UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Summit Industrial Solutions LLC,
Plaintiff(s),

v.

Schenzhen Smoore Technology Co LTD et al,
Defendant(s).

Case No. 5:25-cv-03431-NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Daniel C. Hedlund, an active member in good standing of the bar of __Minnesota__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiff__ in the above-entitled action. My local co-counsel in this case is __Dennis Stewart__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __99152__.

| | |
|---|---|
| 120 S. 6th St., Suite 2600<br>Minneapolis, MN 55402<br>MY ADDRESS OF RECORD | 600 W. Broadway, Suite 3300<br>San Diego, CA 92101<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (612) 888-3344<br>MY TELEPHONE # OF RECORD | (619) 595-3299<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dhedlund@gustafsongluek.com<br>MY EMAIL ADDRESS OF RECORD | dstewart@gustafsongluek.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 258337.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____                         /s/Daniel C. Hedlund
                                                  APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Daniel C. Hedlund__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:   April 23, 2025



UNITED STATES MAGISTRATE JUDGE

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing

DANIEL CHARLES HEDLUND

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 27, 1995

Given under my hand and seal of this court on

July 10, 2024

*Emily J. Eschweiler*

Emily J. Eschweiler, Director
Office of Lawyer Registration