**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EARTH'S HEALING, INC., | Case No. 25-cv-1428 |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RELATING CASES PURSUANT TO LOCAL RULE 3-12 |
| SHENZHEN SMOORE TECHNOLOGY CO. LTD.; JUPITER RESEARCH LLC; GREENLANE HOLDINGS, LLC; 3WIN CORP.; and CB SOLUTIONS d/b/a CANNA BRAND SOLUTIONS | Proposed Related Case: *Summit Industrial Solutions LLC v. Shenzhen Smoore Technology Co. Ltd., et al.*, Case No. 3:25-3431 (N.D. Cal.) |
| Defendants. | |

On April 10, 2025, the Plaintiffs, Earth's Healing, Inc. ("Earth's Healing") and Redbud Roots, Inc. ("Redbud," and with Earth's Healing, "Plaintiffs"), in *Earth's Healing, Inc. v. Shenzhen Smoore Technology Co. Ltd., et al.*, Case No. 25-cv-1428 (N.D. Cal.) and *Redbud Roots Inc. v. Schenzhen Smoore Technology Co. Ltd., et al.*, Case No. 3221 (N.D. Cal.), respectively, filed an Administrative Motion to Consider whether Cases Should Be Related. Plaintiffs proposed to relate *Summit Industrial Solutions LLC v. Shenzhen Smoore Technology Co. Ltd., et al.*, Case No. 3:25-3431 (N.D. Cal.).

Pursuant to Civil Local Rule 3-12, the Court finds that these actions should be related because "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a). Accordingly, Plaintiffs' Motion is **GRANTED**, and the Clerk of Court shall **RELATE** *Summit Industrial*

1    *Solutions LLC v. Shenzhen Smoore Technology Co. Ltd., et al.*, Case No. 3:25-3431

2    (N.D. Cal.) to *Earth's Healing, Inc. v. Schenzhen Smoore Technology Co. Ltd., et*

3    *al.*, Case No. 25-cv-1428 (N.D. Cal.).

4

5        IT IS SO ORDERED.

6

7    DATED: 4/29/2025 _____

8

GRANTED

Judge Vince Chhabria

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

[PROPOSED] ORDER RELATING CASES                    CASE NO. 25-cv-1428